In The United States District Court
Southern District of Florida

Norris Anderson Jr et al
Plaintiff
vs
Secretary of Veteran Affairs,
Atlanta Veteran Hospital,
and Unknown Doctors et al
Defendants

FILED BY ___ D.C.
JUN 04 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Federal Tort Claim Act

A. Comes Now the above Name Plaintiff and on behalf of others simibly situated, and brings this Federal Tort Claims against the above named defendant in their offical and Individual capacty

B. Jurisdiction:
This court has jurisdiction because these claims are not Benefits which must be sought first through the Veteran Administrative Remedy. But they are tort claims and deprivation of Plaintiff's civil and constitutional rights, and because the United States is a defendant.

C. Previous lawsuits:
1. Have you filed other lawsuits in federal Court while incarcerated? Yes
2. Parties to this previous lawsuit:
Plaintiff, Norris Anderson Jr
Defendant: Dr. Catchen, Dr. Anthoney

1

3. Court (Name of district):
   Northern District of Georgia
4. Docket no. Pending
5. Name of Judge to whom case assigned:
   Pending
6. Did the previous case involve the same facts:
   No
7. Disposition: Still Pending
8. Approximate date of filing lawsuit:
   3/19/24
9. Approximate date of disposition:
   Still Pending
10. Information of other past lawsuit:
    Previous Lawsuit:
    1. Parties to this previous lawsuit:
       Plaintiff: Norris Anderson Jr.
       Defendants: Secretary of Veteran Affairs et al
    2. Court (name of district)
       Southern District of Flordia
    3. Docket no. 0:24-CV-60663
    4. Name of Judge to whom case assigned:
       Judge David S. Leibowitz
    5. Did the previous case involve the same facts?
       Yes
    6. Disposition:
       Dismissed without prejudice

2.

7. Approximate date of filing lawsuit:
   4/12/24
8. Approximate date of disposition:
   5/2/24

D. Exhaustion of available Administrative Remedies:
   1. Did you present the facts relating to your complaint?
      Yes
   2. If yes, explain:
      I filed an appeal to all of the defendants in 2022, and not received any response.
   3. Disposition:
      No Response

E. Parties
   1. Name of Plaintiff: Norris Anderson Jr.
      Address: Conte B-1-206
               P.O. Box 407016
               Ft. Lauderdale, Fla. 33340
   2. Defendants: Secretary of Veteran Affairs,
                  Atlanta Veteran Hospital
                  Unknown Doctors, et al

      Employed as: Secretary of Veteran Affairs,
                   Atlanta Veteran Hospital and
                   Unknown Doctors, et al

      Employed at: Secretary of Veteran Affairs
                   1600 Pennsylvania Ave. N.W.

3

Washington D.C. 20500
Atlanta Veteran Hospital
1670 Clairmont Rd.
Decatur, Ga. 30033

F. Statement of Claims

(1) Intentional Fraudulent Medical Malpractice Claim: In approximately May 2022, while visiting my State Representative, Robert Butler office at the Veteran Services at the Georgia State Building in Atlanta Georgia, Mr. Butler reviewed an email that he received stating that some unknow doctor had diagnosis me as incompetent, and that they were seeking to have me classified medically incompetent. At that point my representative and I were taken aback at the email seeing that I had never been given an inperson competent hearing or evaluation before any doctor. So Mr. Butler sent an email requesting that I be given a competent hearing. I was later contacted by a female administrator by telephone, who told me that I would get a competence hearing and they would call me. After serveral months past by, I received a letter from the Veteran Pension disability that the administration had found me incompetent and they were selecting Quaility Tax Services as my fiduciary. This was done with-

4

out my being given a inperson competence evaluation or a competence hearing before a Judge. Such action was done intentionally, with malice, purposely with fraud, and without forethought, purposely misdiagnosised plaintiff as being incompetent in order to strip him of his civil and constitutional rights and to gain control over plaintiff life throughout the Veteran Administration and Affairs. Each defendant Knew or should have Known, through their approval of the doctors report of plaintiff being incompetent, without an inperson competence evaluation and an competence before a court that their final actions of classifing plaintiff as incompetent and stripping him of his civil and constitutional rights within the Veteran Administration and Veteran Affairs was illegal. And such, for the defendants was Intentional, Fraudulent, medical malpractice. Plaintiff made it known through his appeal to each defendant that he had been classified incompetent, illegally and Fraudulently, without a inperson competent evaluation and an inperson court hearing. The defendants all intentionly committed Fraud, medical malpractice, and placed plaintiff under the rule of illegal servetute,

5

(2) Deprival of Procedual Due Process:

In approximately May of 2022, plaintiff State Representative, Robert Butler requested a competence hearing for plaintiff in an email reply to the Veteran Administration desire to classify plaintiff as being incompetent. Although plaintiff received a telephone call from the Veteran Administration that he would get a hearing, there were never a hearing for competence or an evaluation held doing anytime of the plaintiff being classified as incompetent. The Veteran penison disability services notified plaintiff that they decided that he was incompetent and they were appointing him a ~~[redacted]~~ fiduciary. Thereafter plaintiff appealed this decision to the Veteran Regional Office, the Veteran Administration and Affairs in 2022 and to my State Senator Warnock, the Washington D.C. Veteran Hotline, Veteran Pension Disability Administration and the Columbus South Caroling Fiduciary Hub in 2023, and the Veteran Board of Appeal, that he had been diagnosised as incompetent and stripped of all of his civil and Constitutional rights by unknown doctor[s] at the Atlanta Veteran Administration Hospital, without an inperson competence evaluation and an inperson competence hearing before any court of law. Plaintiff has

6

never received any response from any of the defendants and of the other soucers he contacted. Since 2022 the Veteran Administration has appointed five different Fiduciaries to represent plaintiff rights within the Veteran Administration and Affairs, with 3 of the Fiduciaries being changed because they misused plaintiff Federal checks. All of these defendants knew or should have known that plaintiff had been classified illegally, and Fraudulently incompetent because there was no inperson competence evalution and no inperson competence court of law hearing held in plaintiff behalf. Such is a deprival of plaintiff constitutional right to Procedual Due Process.

3. Infliction of emotion distress and harm:
The actions and nonactions of the defendants classifing Plaintiff as an incompetent person in their intentional, fraudulent, and medical malpractice scheme has caused, and intentional inflicted severe emotional distress and harm to plaintiff. The distress and harm has at times, caused plaintiff to desire to kill himself and some of the defendants and lead to him having to admit himself to the mental ward at the Atlanta Veteran hospital, because non of the defendants would

7

answer any of the plaintiff's appeal of his being classified illegally as incompetent. In July 2022, plaintiff visited the office of the States Representative at the Atlanta Veteran Hospital to put a claim for compensation Disability. But the State Representative told plaintiff that because he had been classified incompetent, he had no rights to exercise of his own, but that his fiduciary would have to file a claim on his behalf. Plaintiff thereafter started to self medicade with drugs, and isolate from people, and to live in the woods because he had a fear of those who worked for the Veteran Administration and Affairs. Plaintiff submits that his severe emotion distress and harm has come from all of the defendant refusal to grant him equal protection, due process, and procedual due process which is cruel and unusaul punishment and place him in a state of mind as him being in a illegal servetude.

G. Relief:
(1) Grant me compensatory damages for 5 million dollars against all the defendants which will restore my torn life and will grant me freedom from having to associate myself to any benefits this broken Veteran Administration has to

8

offer me as a Veteran.

2. The court will grant me 5 million dollars for punitive damages against all the defendants for stripping plaintiff of his civil and constitutional rights and place plaintiff in a state of illegal servetude and inflicted emotional distress and harm on plaintiff.

3. That these defendant be ordered, for the present and future, to provide Veterans with a inperson competence evaluation by at least two different doctors, and to provide them with an inperson hearing by a court of law before they can classify them as incompetent.

4. That the defendants be made to undo any other Veterans so situate as incompetent without having an inperson evaluation and an inperson hearing in a court of law.

5. And to grant me a jury trial.

6. To grant me ~~~~ attorney fees and all court cost

7. And that defendants be order to stipulate in Bode writing in all my Veteran records that Veteran Administration greatly erred in classifing me as incompetent and all reports associated with this error be taken out of any records in all the departments associated with the Veteran Affairs and Administration and that

9

all my record files be closed concerning the incompetence.

Signed this 15 day of May 2024

Norris Anderson Jr.
Plaintiff

## Verification

I Norris Anderson Jr. do verifies under penalty of perjury that all the foregoing is true and correct.

executed on 5/15/24

Norris Anderson Jr.
522400010 Conte B-1
P.O. Box 407016
Ft. Lauderdale, Fl. 33340

## Certificate of Service

I Norris Anderson Jr. do certify that I have served this court with one original and two copies of the within lawsuite on the clerk of the Southern District Court for the Clerk to mail back to Plaintiff a copy stamped filed.

This 15 day of May 2024

Norris Anderson Jr.

Norris Anderson Jr.
522400010 Conte B-1-206
P.O. Box 407016
Ft. lauderdale, Fl. 33340



Indigent mail legal mail
5/27/24

Clerk of Court
U.S. District Court
Southern District of Florida
Federal Courthouse
299 East Broward Boulevard
Ft. laudedale, Fl. 33301

Go and accomplich all in Jesus Christ name el!!